**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 7 |
| TEAM SYSTEMS INTERNATIONAL, LLC, | ) Bk. No. 22-10066-CTG |
| | ) |
| | ) |
| Debtor. | ) |
| | ) |
| DEBORAH EVANS MOTT, STEVEN M. ACOSTA, CHRISTOPHER MOTT, JOHN S. MACIOROWSKI, ADDY ROAD, LLC and TEAM SYSTEMS INTERNATIONAL SOUTHEAST, LLC, | ) |
| | ) |
| Appellants, | ) |
| | ) |
| v. | ) Civil Action No. 26-213-GBW |
| | ) BK. BAP No. 26-12 |
| GEORGE L. MILLER, soley in his capacity As the Chapter 7 Trustee of Team Systems International, LLC, | ) |
| | ) |
| Appellee. | ) |
| | ) |

**ORDER**

At Wilmington, Delaware, this **2nd day of April 2026;**

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties jointly agree that their disputes here cannot be resolved through mediation and the Court agrees;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that mediation is not appropriate in this matter and recommends that the assigned District Judge issue

an order withdrawing the matter from mediation and setting the following appellate briefing

schedule (agreed to by the parties):

1. Appellants' Opening Brief shall be due within 30 days from the date of the Court's Order entering a briefing schedule.

2. Appellee's Answering Brief shall be filed within 30 days of the filing of Appellants' Opening Brief.

3. Appellants' Reply Brief shall be filed within 15 days of the filing of Appellee's Answering Brief.

_Christopher J. Burke_
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE

2